UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH DANIELS, JR. | CIVIL ACTION |
| VERSUS | NO: 13-6408 |
| CAROLYN COLVIN,<br>COMMISSIONER OF THE SOCIAL SECURITY<br>ADMINISTRATION | SECTION: R(2) |

**ORDER**

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendation,[1] hereby approves the Report and Recommendation and adopts it as its opinion.

Accordingly, the Court AFFIRMS the Commissioner's decision denying plaintiff's claim for disability insurance benefits and DISMISSES plaintiff's complaint WITH PREJUDICE.

New Orleans, Louisiana, this  22nd  day of August, 2014.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 14.